JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

   - v -  :  INDICTMENT

FRANCISCO SALAZAR,
   a/k/a "Kristian Cordero,"
   a/k/a "Kristian Cordero-Acevedo,"  07 CRIM. 390
   a/k/a "Jorge Rivera Esteves,"

             Defendant.

- - - - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 7 2007

The Grand Jury charges:

On or about December 19, 2006, in the Southern District of New York, FRANCISCO SALAZAR, a/k/a "Kristian Cordero," a/k/a "Kristian Cordero-Acevedo," a/k/a "Jorge Rivera Esteves," the defendant, unlawfully, wilfully, and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, FRANCISCO SALAZAR, a/k/a "Kristian Cordero," a/k/a "Kristian Cordero-Acevedo," a/k/a "Jorge Rivera Esteves," the defendant, submitted an application for a United States passport containing false information, including a false name, social security number, place of birth, and date of birth.

(Title 18, United States Code, Section 1542.)

_____  _____
FOREPERSON                 MICHAEL GARCIA
                           United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FRANCISCO SALAZAR,
a/k/a "Kristian Cordero,"
a/k/a "Kristian Cordero-Acevedo,"
a/k/a "Jorge Rivera Esteves,"

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 1542.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.