# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 11, 2007

BY FACSIMILE:

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: **United States v. Francisco Salazar**
    **07 CR 390 (JFK)**

Dear Judge Keenan:

**MEMO ENDORSED**

A status conference in the above-reference case is scheduled for July 20, 2007. I write this letter to request that the conference be adjourned to August 7, 2007, at 9:30 pm. I am attending the National Criminal Defense College's trial training program and will be out of the office from July 16 to July 30, 2007. I have spoken with your Honor's law clerk and he has informed me that August 7, 2007, at 9:30 pm would be a convenient time for the Court. I have spoken to the Government and they consent to this request. I consent to exclusion of time under the Speedy Trial Act.

Respectfully Submitted,

By: _____
**Peter Tsapatsaris**
Federal Defenders of New York
Attorney for Defendant
**Francisco Salazar**
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8713

Cc: Sharon Frase, Esq.
    Assistant United States Attorney

*Application Granted*
7/16/07
John F. Keenan
U.S.D.J.

TOTAL P.002